# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENRY VAWTER, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>QUALITY LOAN SERVICE CORPORATION OF WASHINGTON, et al.,<br><br>    Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NO. C09-1585JLR |

☐ **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 Defendants JP Morgan Chase Bank, N.A. and Mortgage Electronic Registration System are entitled to judgment on the pleadings dismissing all claims, (Dkt. # 30), Defendant Quality Loan Service Corporation of Washington is entitled to a dismissal of all claims (Dkt. # 54), and Plaintiffs are entitled to default judgments against Defendant Twin Capital Mortgage, Inc. in the total amount of $26,383.15 and against Defendant

Paul Financial, LLC in the total amount of $4,195.80 (Dkt. # 70).

    Filed this 27th day of April, 2011.

                                            WILLIAM M. MCCOOL
                                            Clerk of Court

                                            s/Mary Duett
                                            Deputy Clerk